JENNIFER H. LEE (SBN 247498)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
Phone: (650) 858-6000
Fax: (650) 858-6100
Email:  Jennifer.lee@wilmerhale.com

Attorneys for Defendants
CHASE BANK USA, N.A., and
JPMORGAN CHASE & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. PINON, BETTY SIMM, CATHY SIMM, SARA PRENTISS-SHAW, AUDREE HALASZ, DAVID BROTMAN, and GWEN MARTIN, On Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BANK OF AMERICA, N.A., BANK OF AMERICA CORP., CAPITAL ONE FINANCIAL CORP., CHASE BANK USA, N.A., JP MORGAN CHASE & CO., CITIBANK N.A., CITIGROUP, INC., WASHINGTON MUTUAL, INC., HSBC NORTH AMERICA HOLDINGS, INC., HSBC FINANCE CORP. and WELLS FARGO & COMPANY,<br><br>        Defendants. | Case No. C 07 0634 SBA<br><br>**JPMORGAN CHASE & CO.'S FRCP RULE 7.1 AND LOCAL RULE 3-16 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, JPMorgan Chase & Co. hereby certifies that it is a publicly traded corporation with no parent corporation.  No publicly traded corporation owns 10% or more of JPMorgan Chase & Co.'s stock.

Pursuant to Civil L.R. 3-16, JPMorgan Chase & Co. hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest

in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. CMC Holding Delaware, Inc.
2. J.P. Morgan Equity Holdings, Inc.
3. Chase Bank USA, N.A.

Dated: February 28, 2007

WILMER CUTLER PICKERING
   HALE AND DORR LLP

By: ___/s/ Jennifer H. Lee_____
      Jennifer H. Lee

Attorneys for CHASE BANK USA, N.A.
And JPMORGAN CHASE & CO.