JENNIFER H. LEE (SBN 247498)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 CALIFORNIA AVENUE
Palo Alto, California 94304
Phone: (650) 858-6000
Facsimile: (650) 858-6100
Email:  jennifer.lee@wilmerhale.com

Attorneys for Defendants
CHASE BANK USA, N.A., and
JPMORGAN CHASE & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. PINON, BETTY SIMM, CATHY SIMM, SARA PRENTISS-SHAW, AUDREE HALASZ, DAVID BROTMAN and GWEN MARTIN, on Behalf of Themselves and All Others Similarly Situated,<br><br>             Plaintiffs,<br><br>      vs.<br><br>BANK OF AMERICA, N.A., BANK OF AMERICA CORP., CAPITAL ONE FINANCIAL CORP., CHASE BANK USA, N.A., JP MORGAN CHASE & CO., CITIBANK N.A., CITIGROUP, INC., WASHINGTON MUTUAL, INC., HSBC NORTH AMERICA HOLDINGS, INC., HSBC FINANCE CORP. and WELLS FARGO & COMPANY,<br><br>             Defendants. | Case No. C 07 0634 SBA<br><br>**CHASE BANK USA, N.A.'S FRCP RULE 7.1 AND LOCAL RULE 3-16 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Chase Bank USA, N.A. is wholly owned by CMC Holding Delaware, Inc., which is wholly owned by J.P. Morgan Equity Holdings, Inc., which is wholly owned by JPMorgan Chase & Co.  No other publicly held company owns 10% or more of the stock of these companies.

Pursuant to Civil L.R. 3-16, Chase Bank USA, N.A. certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in

---
1
FRCP 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 3-16 CERTIFICATION

1 controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
2 subject matter or in a party that could be substantially affected by the outcome of this
3 proceeding:

4     1.  CMC Holding Delaware, Inc.
5     2.  J.P. Morgan Equity Holdings, Inc.
6     3.  JPMorgan Chase & Co.

8 Dated: February 28, 2007　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　　　　HALE AND DORR LLP

　　　　　　　　　　　　　　　　　　　　By: :__/s/_ Jennifer H. Lee_____
10　　　　　　　　　　　　　　　　　　　　　　　Jennifer H. Lee

　　　　　　　　　　　　　　　　　　　　Attorneys for CHASE BANK USA, N.A.
12　　　　　　　　　　　　　　　　　　　　And JPMORGAN CHASE & CO.

_____2_____
FRCP 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 3-16 CERTIFICATION