1

2  LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
3  PATRICK J. COUGHLIN (111070)
   CHRISTOPHER M. BURKE (214799)
4  ELISABETH A. BOWMAN (147393)
   MARY LYNNE CALKINS (212171)
5  655 West Broadway, Suite 1900
   San Diego, CA  92101
6  Telephone:  619/231-1058
   619/231-7423 (fax)
7  patc@lerachlaw.com
   chrisb@lerachlaw.com
8  mcalkins@lerachlaw.com
   lisab@lerachlaw.com
9

10

11  SCHRAG & BAUM, P.C.                    TYLER R. MEADE (160838)
    THOMAS F. SCHRAG (39377)               MICHAEL L. SCHRAG (185832)
    JAMES S. BAUM (52202)                  1816 Fifth Street
12  280 Panoramic Way                      Berkeley, CA 94710
    Berkeley, CA  94704                    Telephone:  510/843-3670
13  Telephone:  510/849-1618               510/843-3679 (fax)
    510/841-6050 (fax)                     tyler@meadeschrag.com
14  tom@schragbaum.com                     michael@meadeschrag.com
    jim@schragbaum.com
15

16  MEADE & SCHRAG LLP

17  Attorneys for Plaintiffs

18  [Additional counsel appear on signature page.]

19                  UNITED STATES DISTRICT COURT

20                 NORTHERN DISTRICT OF CALIFORNIA

21                        OAKLAND DIVISION

22  ANDREW T. PIÑON, et al., On Behalf of   )  No.
    Themselves and All Others Similarly Situated, )
23                                          )  C-07-0634-SBA
                             Plaintiffs,    )
24                                          )  REVISED STIPULATION ORDER TO
            vs.                             )  CONSOLIDATE RELATED ACTIONS
25                                          )
    BANK OF AMERICA, N.A., et al.,          )
26                                          )
                             Defendants.    )
27  ─────────────────────────────────────  )

1

2

3    WHEREAS, on January 31, 2007, the Piñon plaintiffs[1] filed the first of these four similar

4    actions against Bank of America, N.A., Bank of America Corp., Capital One Financial Corp.,

5    Chase Bank USA, N.A., JP Morgan Chase & Co., Citibank, N.A., Citigroup Inc, Washington

6    Mutual, Inc., HSBC North American Holdings, Inc., HSBC Finance Corp., and Wells Fargo &

7    Company (collectively, the "Defendants"), in the Northern District of California, alleging

8    violations of the National Bank Act (12 U.S.C. §§85-86), the Sherman Act (15 U.S.C. §1),

9    §17200 of the California Business and Professions Code, the California Consumers Legal

10   Remedies Act, the Cartwright Act, and for breach of the covenant of good faith and fair dealing

11   and unjust enrichment;

12       WHEREAS, three additional class actions were filed in this District against the same

13   Defendants alleging substantially the same facts and causes of action.  On February 6, 2007,

14   Celeste Brackley, represented by Scott & Scott LLP, filed Case No. C-07-0772-SBA against

15   Bank of America, N.A., *et al*. (the "Brackley" action); on February 27, 2007, the Gonzales

16   plaintiffs[2] represented by Hulett Harper Stewart LLP ("Hulett Harper"), filed Case No. C-07-

17   1113-SBA  against Bank of America, N.A., *et al*. (the "Gonzales" action); and on March 6,

18   2007, Marilyn Foster-Nemec, represented by Bushnell, Caplan, Fielding and Maier, LLP

19   ("Bushnell Caplan"), filed Case No. C-07-1310-MMC against Wells Fargo & Company, *et al*.

20   (the "Foster-Nemec" action.);

21       WHEREAS, all four actions name Bank of America, N.A., Bank of America Corp.,

22   Capital One Financial Corp., Chase Bank USA, N.A., JP Morgan Chase & Company, Citibank,

23   N.A., Citigroup Inc,[3] Washington Mutual, Inc., HSBC North America Holdings, Inc., HSBC

24   Finance Corp., and Wells Fargo & Company as Defendants and are brought on behalf of all

25   credit cardholders who have allegedly paid excessive late fees and/or over-limit fees during the

26   Class Period;

27   _____
[1]    Andrew T. Piñon, Betty Simm, Cathy Simm, Sara Prentiss-Shaw, Audree Halas, David
Brotman and Gwen Martin (the "Piñon" plaintiffs) are plaintiffs in *Piñon v. Bank of America, N.A.*
No. C-07-0634-SBA (N.D. Cal.) (the "Piñon" action).
[2]    Aaron Gonzales, Jeremy Donovan and July Connors.
[3]    At least one of the complaints names Citibank (South Dakota), N.A. as a defendant instead
of Citibank, N.A.

1

2

3       WHEREAS, the actions pending before this Court present virtually identical factual and

4   legal issues, as each action alleges violations of the same statutory and common law and each

5   action names the same Defendants;

6       WHEREAS, because these actions are all based on the same facts and involve the same

7   subject matter, the same discovery will be relevant to all lawsuits;

8       WHEREAS, all parties to the actions agree that consolidation will further the interest of

9   justice by promoting judicial economy and efficiency, and prevent duplicative discovery and the

10  risk of inconsistent adjudication;

11      WHEREAS, this Court has already issued an Order on March 12, 2007 finding the

12  Brackley action related to the Piñon action;

13      WHEREAS, Plaintiffs in the Piñon, Brackley, Gonzalez, and Foster-Nemec actions

14  (collectively, the "Plaintiffs") have informed Defendants of Plaintiffs' intention to file a

15  consolidated complaint ("Consolidated Complaint") in this action by May 8, 2007;

16      WHEREAS, Defendants do not object to the filing of a consolidated complaint;

17      WHEREAS, the parties have agreed that, subject to the approval of the Court, the

18  schedule set forth below should govern the initial proceedings in this case, unless otherwise

19  ordered by the Court;

20      WHEREAS, this Court issued an Order in the Piñon action, dated March 21, 2007,

21  setting  an initial case management conference for May 30, 2007 in the Piñon and Brackley

22  actions;

23      WHEREAS, the Court issued an order in the Gonzalez action, dated February 23, 2007,

24  setting an initial case management conference for June 1, 2007;

25      WHEREAS, the Court issued an Order in the Foster-Nemec action, dated March 6, 2007,

26  setting an initial case management conference for June 15, 2007; and

27      IT IS HEREBY STIPULATED AND AGREED, by all parties through their undersigned

counsel, as follows:

        1.      Each of the related actions shall be consolidated for all purposes (the
"Consolidated Action").  This Order shall apply to the Consolidated Action and to each case that

1

2   relates to the same subject matter that is subsequently filed in this Court or is transferred to this

3   Court and is consolidated with the Consolidated Action.

        2.      Every pleading filed in this Action shall have the following caption:

4

| | |
|---|---|
| | x |
| | :    Civil Action No. C-07-0634-SBA<u>CLASS</u> |
| In re LATE FEE AND OVER-LIMIT FEE | :    <u>ACTION</u> |
| LITIGATION | : |
| This Document Relates To: | : |
|      ALL ACTIONS. | : |
| | : |
| | : |
| | x |

9           3.      Plaintiffs' Consolidated Complaint shall be filed no later than May 8, 2007.  The

10  parties further stipulate that it is unnecessary for the Defendants to file any Answers to the

11  complaints already filed in the Piñon, Brackley, Gonzales, and Foster-Nemec actions.

12          4.      If Defendants elect to answer the Consolidated Complaint, their Answers shall be
filed no later than July 13, 2007.

13          5.      If Defendants elect to move in response to the Consolidated Complaint, their

14  motion(s) shall be filed no later than July 13, 2007.

        6.      Plaintiffs shall file their response(s) to any motion(s) no later than September 14,

15  2007.

        7.      Defendants shall file their reply papers in further support of any motion(s) no

16  later than October 19, 2007.

17          8.      The hearing on defendants' motion(s) in response to the Consolidated Complaint
shall be on December 4, 2007 at 1:00 p.m.

18          9.      The parties shall conduct a discovery planning conference under Federal Rule of

19  Civil Procedure 26(f) at least 21 days before any Case Management Conference with the Court,
without prejudice to either party seeking further relief, including a stay of discovery, from the

20  Court at the Case Management Conference.

        10.     The Court shall conduct a telephonic Case Management Conference for the
Consolidated Action on June 12, 2007 at 2:30 p.m.  Plaintiff will initiate the teleconference and

21  have all parties on the line.  All prior Case Management Conferences set forth in the Piñon,

22  Brackley, Gonzalez, and Foster-Nemec actions are hereby vacated.

23

24

25

26

27

1

2
DATED:  April 26, 2007

3
STIPULATED AND AGREED:                    LERACH COUGHLIN STOIA GELLER
                                                                            RUDMAN & ROBBINS LLP

4
                                                                   PATRICK J. COUGHLIN
                                                                   CHRISTOPHER M. BURKE

5
                                                                   ELISABETH A. BOWMAN
                                                                   MARY LYNNE CALKINS

6

7
                                                                   s/CHRISTOPHER M. BURKE

8
                                                                           CHRISTOPHER M. BURKE

9
                                                                   655 West Broadway, Suite 1900
                                                                   San Diego, CA  92101

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

2          Telephone:  619/231-1058
           619/231-7423 (fax)
3
           Co-Counsel for the Piñon Plaintiffs
4
   DATED:  April 26, 2007          HULETT HARPER STEWART, LLP
5                                   DENNIS STEWART

6

7                                        s/DENNIS STEWART
                                         DENNIS STEWART
8
           550 West C Street, Suite 1600
9          San Diego, CA  92101
           Telephone:  619/338-1133
10         619/338-1139 (fax)

11         Counsel for the Gonzales Plaintiffs

   DATED:  April 26, 2007          SCOTT + SCOTT LLP
12                                  ARTHUR L. SHINGLER III

13

14                                       s/ARTHUR L. SHINGLER III
                                         ARTHUR L. SHINGLER III
15 ··                                                                              .
           600 B Street, Suite 1500
16         San Diego, CA  92101
           Telephone:  619/233-4565
17         619/233-0508 (fax)

18         Counsel for Plaintiff Celeste Brackley

   DATED:  April 26, 2007          BUSHNELL, CAPLAN, FIELDING
19                                       & MAIER, LLP
                                    ALAN M. CAPLAN
20

21                                       s/ALAN M. CAPLAN
                                         ALAN M. CAPLAN
22
           221 Pine Street, Suite 600
23         San Francisco, CA  94104-2715
           Telephone:  415/217-3800
24         415/217-3820 (fax)

25         Attorneys for Plaintiff Marilyn Foster-Nemec

26 DATED:  April 26, 2007          MORRISON & FOERSTER LLPMARK P.
                                   LADNERSTUART PLUNKETT
27

                                         s/MARK P. LADNER

1

2                                              MARK P. LADNER
                                              (ADMITTED PRO HAC VICE)
3
                                              425 Market StreetSan Francisco, CA 94105-2482
4                                              Telephone: 415/268-7000
                                              212/268-1290 (fax)
5
                                              Attorneys for Defendant Bank of America
6    DATED:  April 26, 2007                    O'MELVENY & MYERS LLPANDREW J.
                                              FRACKMANMICHAEL TUBACH
7

8
                                              _____
9                                                   s/ANDREW J. FRACKMAN
                                              ANDREW J. FRACKMAN(ADMITTED PRO HAC VICE)
10                                             Embarcadero Center West275 Battery Street
                                              San Francisco, CA 94111-3305
11                                             Telephone: 415/984-8700
                                              415/984-8701 (fax)
12                                             Attorneys for Defendants Capital One

13   DATED:  April 26, 2007                    WILMERHALECHRISTOPHER R.
                                              LIPSETTWILLIAM J. KOLASKY
14

15  ··                                                                                    .
                                              _____
16                                                  s/CHRISTOPHER R. LIPSETT
                                              CHRISTOPHER R. LIPSETT(ADMITTED PRO HAC
17                                                             VICE)
                                              1117 California Avenue Palo Alto, CA 94304
18                                             Telephone: 650/858-6000
                                              650/858-6100 (fax)
19                                             Attorneys for Defendant Chase

20   DATED:  April 26, 2007                    SIDLEY AUSTIN LLPDAVID F. GRAHAMERIC
                                              H. GRUSHT. ROBERT SCARBOROUGH
21

22
                                              _____
23                                                     s/DAVID F. GRAHAM
                                              DAVID F. GRAHAM
24                                             555 California Street
                                              Suite 2000
25                                             San Francisco, CA 94104
                                              Telephone  415/772-1200
26                                             415/772-7400 (fax)
                                              Attorneys for Defendant Citibank (South
27                                             Dakota), N.A. (incorrectly named as Citibank,
                                              N.A.) and Citigroup Inc

1

2    DATED:  April 26, 2007                    HELLER EHRMAN LLP
                                               BRIAN P. BROSNAHAN
3                                              JONATHAN P. HAYDEN

4

5                                                   s/BRIAN P. BROSNAHAN
                                               _____
6                                                   BRIAN P. BROSNAHAN

7                                              333 Bush Street
                                               San Francisco, CA 94111
8                                              Telephone:  415/772-6302
                                               415/772-6268 (fax)

9                                              Attorneys for Defendant Washington Mutual
                                               Bank (incorrectly named as Washington Mutual,
10                                             Inc.)

11   DATED:  April 26, 2007                    STROOCK & STROOCK LLPJULIA B. STRICKLAND

12

13                                                  s/JULIA B. STRICKLAND
                                               _____
                                                    JULIA B. STRICKLAND
14

                                               2029 Century Park EastLos Angeles, CA  90067-
15  ··                                         3086Telephone:  310/556-5800310/556-5959          .
                                               (fax)
16                                             Attorneys for Defendant HSBC

17   DATED:  April 26, 2007                    COVINGTON & BURLING LLP
                                               SONYA D. WINNER
18                                             ANITA FERN STORK
                                               DAVID M. JOLLEY
19

20                                                  s/SONYA D. WINNER
                                               _____
21                                                  SONYA D. WINNER

22                                             One Front Street
                                               San Francisco, CA 94111
23                                             Telephone:  415/591-6000
                                               415/591-6091 (fax)

24                                             Attorneys for Defendants Wells Fargo &
                                               Company
25

26

27

1

2    DATED:  April 30, 2007

3
     IT IS SO ORDERD.
4                                                          _Saundra B Armstrong_

5                                                    Hon. Saundra Brown Armstrong

6                                                     United States District Judge

7    G:\Sbalc2\Jon\Relate Cases\07-0634 Pinon v Bank of America (Stip to Relate and set deadlines).DOC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

2                           <u>CERTIFICATE OF SERVICE</u>

3
        I hereby certify that on April 26, 2007, I electronically filed the foregoing with the Clerk of the
4
    Court using the CM/ECF system which will send notification of such filing to the e-mail
5
    addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
6
    mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
7
    participants indicated on the attached Manual Notice List.I certify under penalty of perjury under
8
    the laws of the United States of America that the foregoing is true and correct.  Executed on
9
    April 26, 2007.
10

11
                                                s/CHRISTOPHER M. BURKE
12                                              CHRISTOPHER M. BURKE

13                                              LERACH COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
14
                                                655 West Broadway, Suite 1900
15                                              San Diego, CA  92101-3301
                                                Telephone:  619/231-1058
16                                              619/231-7423 (fax)E-mail:
                                                ChrisB@LerachLaw.com
17

18

19

20

21

22

23

24

25

26

27