LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
CHRISTOPHER M. BURKE (214799)
ELISABETH A. BOWMAN (147393)
MARY LYNNE CALKINS (212171)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
patc@lerachlaw.com
chrisb@lerachlaw.com
mcalkins@lerachlaw.com
lisab@lerachlaw.com

SCHRAG & BAUM, P.C.
THOMAS F. SCHRAG (39377)
JAMES S. BAUM (52202)
280 Panoramic Way
Berkeley, CA 94704
Telephone: 510/849-1618
510/841-6050 (fax)
tom@schragbaum.com
jim@schragbaum.com

MEADE & SCHRAG LLP
TYLER R. MEADE (160838)
MICHAEL L. SCHRAG (185832)
1816 Fifth Street
Berkeley, CA 94710
Telephone: 510/843-3670
510/843-3679 (fax)
tyler@meadeschrag.com
michael@meadeschrag.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANDREW T. PIIÑON, et al., On Behalf of Themselves and All Others Similarly Situated, | No. C-07-0634-SBA |
| Plaintiffs, | ~~PROPOSED~~ PRETRIAL ORDER NO. 1 APPOINTING INTERIM LEAD COUNSEL AND EXECUTIVE COMMITTEE |
| vs. | DATE: May 22, 2007 |
| BANK OF AMERICA, N.A., et al., | TIME: 1:00 p.m. |
| Defendants. | COURTROOM: 3 |

## I. APPOINTMENT AND DUTIES OF CLASS COUNSEL

1. Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the Court appoints: Lerach Coughlin Stoia Geller Rudman & Robbins LLP as interim lead-counsel. The Court appoints Meade & Schrag LLP, Schrag & Baum, P.C., Hulett Harper Stewart LLP, Scott + Scott LLP and Bushnell, Caplan, Fielding & Maier, LLP as plaintiffs' Executive Committee, with Meade & Schrag as Executive Chair. Interim Lead Counsel shall be generally responsible for conducting the prosecution of the litigation on behalf of plaintiffs and the putative class in consultation with the plaintiffs' executive committee.

2. *Interim Lead Counsel* in consultation with the Executive Committee shall:

    (a) file and serve a consolidated class action complaint;

    (b) determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties, the position of the plaintiffs on all matters arising during pretrial proceedings;

    (c) coordinate the initiation and conduct of discovery on behalf of plaintiffs' counsel with the requirements of Fed. R. Civ. P. 26(b)(1), 26(2), and 26(g), including the preparation of joint interrogatories and requests for production of documents and the examination of witnesses in depositions;

    (d) conduct settlement negotiations on behalf of plaintiffs, but not enter binding agreements except to the extent expressly authorized;

    (e) delegate specific tasks to other counsel or committees of counsel, in the discretion of interim lead counsel, in a manner to ensure that pretrial preparation for the plaintiffs is conducted efficiently and effectively;

    (f) enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

    (g) prepare and distribute periodic status reports to the parties;

    (h) monitor the activities of all plaintiffs' counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided, including the avoidance of unnecessary or duplicative communications among plaintiffs' counsel;

    (i)  perform such other duties as may be incidental to proper coordination of plaintiffs' pretrial activities or authorized by further order of the Court;

    (j)  maintain and distribute an up-to-date service list to all counsel;

    (k)  maintain and make available to co-counsel at reasonable hours a complete file of all documents served by, or upon, each party except such documents as may be available at a document depository; and

    (l)  establish and maintain a document depository, including electronic depositions with remote access, if appropriate.

  3.  The *Chair of the Executive Committee* shall act as liaison with the Court and opposing parties and shall receive and, as appropriate, distribute Orders from the Court and documents from opposing parties and counsel to co-counsel.

  4.  *Plaintiffs' Executive Committee*:  To the extent delegated by interim lead counsel, members of the Executive Committee shall:

    (a)  execute the Orders of the Court concerning the conduct of the litigation, and participate in drafting pleadings, motions, oral argument, written discovery, depositions, pre-trial preparation and settlement, or such other tasks assigned to them.  Interim Lead Counsel and the executive committee members may organize and delegate to other plaintiffs' counsel, and form working committees to the extent necessary for the efficient prosecution of the case; and

    (b)  work with Lead Counsel to prosecute the case and assist in assuring that the case is handled efficiently and cost-effectively.

Case 4:07-cv-00634-SBA Document 54 Filed 05/15/2007 Page 4 of 8

**II.    SUBSEQUENT ACTIONS**

This order will apply to all subsequent "tag-a-long" actions related to this litigation. A copy of this order shall be served on counsel for plaintiffs of all subsequent "tag-a-long" actions in related actions by Interim Lead Counsel.

*    *    *

**O R D E R**

IT IS SO ORDERED.

DATED:    5/15/07

*Saundra B. Armstrong*
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Late Fees\ORD00040107-PTO1.doc

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 27, 2007.

    s/ CHRISTOPHER M. BURKE
    CHRISTOPHER M. BURKE

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:ChrisB@LerachLaw.com

# Mailing Information for a Case 4:07-cv-00634-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James Samuel Baum**
  jim@schragbaum.com

- **Christopher M. Burke**
  chrisb@lerachlaw.com christinas@lerachlaw.com;gweston@lerachlaw.com

- **Mary Lynne Calkins**
  mcalkins@lerachlaw.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com

- **Geoffrey M. Ezgar**
  gezgar@sidley.com grodriguez@sidley.com;ldonohue@sidley.com

- **David M. Jolley**
  djolley@cov.com

- **Jennifer Haejoo Lee**
  jennifer.lee@wilmerhale.com

- **James F. McCabe**
  JMcCabe@mofo.com marcim@mofo.com

- **Stephen J. Newman**
  SNEWMAN@STROOCK.COM
  snewman8@yahoo.com;sturner@stroock.com;lacalendar@stroock.com

- **Stuart C. Plunkett**
  splunkett@mofo.com tarmaz@mofo.com

- **Arthur L. Shingler, III**
  ashingler@scott-scott.com ssawyer@scott-scott.com

- **Cathleen Ellis Stadecker**
  cstadecker@mofo.com

- **Anita Fern Stork, Esq**
  astork@cov.com malcantara@cov.com

- **Michael F. Tubach**
  mtubach@omm.com lvichich@omm.com;cchiu@omm.com

- **Jennifer S Wang**
  jwang@omm.com wmartens@omm.com

- **Sonya D. Winner**
  winnersd@cov.com hsalazar@cov.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David J. Fioccola
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Andrew J. Frackman
O'Melveny & Myers LLP
Times Square Tower
Seven Times Square
New York, NY 10036

David F. Graham
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Eric H. Grush
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Noel C. Johnson
Washington Mutual Bank
201 Mission Street
28th Floor
San Francisco, CA 94110

Mark P. Ladner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Tyler R. Meade
Law Offices of Tyler R. Meade
1816 Fifth Street
Berkeley, CA 94710

Theodore R. Scarborough
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Michael L. Schrag
Schrag & Baum, PC
1816 Fifth Street
```

Berkeley, CA 94710

**Thomas F. Schrag**
Schrag & Baum, PC
280 Panoramic Way
Berkeley, CA 94704