JONATHAN P. HAYDEN (No. 104520)
BRIAN P. BROSNAHAN (No. 112894)
MONICA PATEL (No. 220825)
BETH P. MCLAIN (No. 232916)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Jonathan.Hayden@hellerehrman.com
Brian.Brosnahan@hellerehrman.com
Monica.Patel@hellerehrman.com
Beth.McLain@hellerehrman.com

Attorneys for Defendant
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DISTRICT

| | |
|---|---|
| In re LATE FEE and OVER-LIMIT FEE LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS. | Civil Action No. C-07-0634 SBA<br><br><u>CLASS ACTION</u><br><br>**WASHINGTON MUTUAL BANK'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Washington Mutual Bank ("Defendant") hereby certifies that it is a wholly-owned subsidiary of New American Capital, Inc. New American Capital, Inc. is a wholly-owned subsidiary of Washington Mutual, Inc. Washington Mutual, Inc. does not have a parent corporation.

    Pursuant to Civil Local Rule 3-16, Defendant hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent

corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1. New American Capital, Inc., of which Defendant is a wholly-owned subsidiary.

    2. Washington Mutual, Inc., of which New American Capital, Inc. is a wholly-owned subsidiary.

Dated: May 16, 2007

Respectfully submitted,

HELLER EHRMAN LLP


By /s/ Jonathan P. Hayden
   JONATHAN P. HAYDEN
   BRIAN P. BROSNAHAN
   MONICA PATEL
   BETH P. MCLAIN
   Attorneys for Defendant
   WASHINGTON MUTUAL BANK