JONATHAN P. HAYDEN (No. 104520)
BRIAN P. BROSNAHAN (No. 112894)
MONICA PATEL (No. 220825)
BETH P. MCLAIN (No. 232916)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Jonathan.Hayden@hellerehrman.com
Brian.Brosnahan@hellerehrman.com
Monica.Patel@hellerehrman.com
Beth.McLain@hellerehrman.com

Attorneys for Defendant
WASHINGTON MUTUAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DISTRICT

| | |
|---|---|
| In re LATE FEE and OVER-LIMIT FEE LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS. | Civil Action No. C-07-0634 SBA<br><br><u>CLASS ACTION</u><br><br>**WASHINGTON MUTUAL, INC.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Washington Mutual, Inc. ("Defendant") hereby certifies that it does not have a parent corporation. Defendant further certifies that Capital Research and Management Company has reported in SEC filings that as of the end of 2006 it owned more than 10% of Defendant's stock. Capital Research and Management Company is a registered investment advisor, and in its SEC filing it disclaims beneficial ownership of the shares, even though it is the legal and registered owner of the

1

shares.

Pursuant to Civil Local Rule 3-16, Defendant hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Washington Mutual Bank, which is a wholly-owned subsidiary of New American Capital, Inc.

2. New American Capital, Inc., which is a wholly-owned subsidiary of Defendant.

3. Capital Research and Management Company, which has reported in SEC filings that as of the end of 2006 it owned more than 10% Defendant's stock, that it is a registered investment advisor, and that it disclaims beneficial ownership of the shares, even though it is the legal and registered owner of the shares.

Dated: May 16, 2007                    Respectfully submitted,

                                       HELLER EHRMAN LLP


                                       By  /s/ Jonathan P. Hayden
                                           JONATHAN P. HAYDEN
                                           BRIAN P. BROSNAHAN
                                           MONICA PATEL
                                           BETH P. MCLAIN
                                           Attorneys for Defendant
                                           WASHINGTON MUTUAL, INC.