**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

IN RE LATE FEE AND
OVER-LIMIT FEE LITIGATION

No. C 07-0634 SBA

**ORDER**

---

On November 16, 2007, the Court granted the defendants'[1] joint motion to dismiss [Docket No. 91] the plaintiffs'[2] consolidated complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* Docket No. 103. The Court granted the plaintiffs leave to file an amended complaint within twenty days, if they wished to do so. This period has now passed. In addition, the plaintiffs filed a notice of their intent not to file an amended complaint on December 6, 2007. *See* Docket No. 104.

Accordingly, the Clerk of Court is directed to close the case file and any pending matters related to it.

IT IS SO ORDERED.

December 24, 2007

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge

---

[1] The defendants are Bank of America, N.A.; Bank of America Corporation; N.B. Holdings; MBNA America Bank, N.A.; Capital One Bank; Capital One F.S.B.; Capital One Financial Corporation; Chase Bank USA, N.A.; JPMorgan Chase & Co.; Bank One Corporation; Bank One; Citibank South Dakota, N.A.; Citigroup, Inc.; Washington Mutual Bank; Providian; Washington Mutual, Inc.; Wells Fargo & Company; Wells Fargo Bank, N.A.; Wells Fargo Financial Bank; and Wells Fargo Financial National Bank.

[2] The plaintiffs are Andrew T. Piñon, Betty Simm, Cathy Simm, Sara Prentiss-Shaw, Audree Halasz, David V. Brotman, Gwen Martin, Celeste Brackley, Marilyn Foster-Nemec, Aaron González, and Elizabeth Young.