CHRISTOPHER R. LIPSETT (*pro hac vice*)
WILLIAM J. KOLASKY (*pro hac vice*)
GILAD OHANA (SBN 202461)
KELLY THOMPSON COCHRAN (*pro hac vice*)
ANDREW J. EWALT (*pro hac vice*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Christopher.Lipsett@wilmerhale.com

Attorneys for Defendants
CHASE BANK USA, N.A. and
JP MORGAN CHASE & CO.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DISTRICT

| | |
|---|---|
| In re LATE FEE and OVER-LIMIT FEE LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS. | Civil Action No. C-07-0634 SBA<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF ATTORNEY WITHDRAWAL** |

1 TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

2     PLEASE TAKE NOTICE that the following counsel hereby withdraws his appearance in the above-captioned action and requests that no further notices be given to or required of him in the action, and that no documents or other pleadings in the action be given or served upon him:

    Andrew J. Ewalt
    Wilmer Cutler Pickering Hale and Dorr LLP
    1875 Pennsylvania Avenue, NW
    Washington, DC 20006
    Telephone: (202) 663-6599
    Facsimile: (202) 663-6363
    E-mail: andrew.ewalt@wilmerhale.com

DATED: April 28, 2008     WILMER CUTLER PICKERING
                                       HALE AND DORR LLP

                                       By: /s/ Andrew J. Ewalt
                                             Andrew J. Ewalt

                                         Attorney for Defendants
                                         CHASE BANK USA, N.A. and
                                         JP MORGAN CHASE & CO.

NOTICE OF ATTORNEY WITHDRAWAL     1
CASE NO.: C-07-0634 SBA

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 28, 2008
/s/ Andrew J. Ewalt
Andrew J. Ewalt

WILMER CUTLER PICKERING HALE
    AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
E-mail: andrew.ewalt@wilmerhale.com

NOTICE OF ATTORNEY WITHDRAWAL
CASE NO.: C-07-0634 SBA

# Mailing Information for a Case 4:07-cv-00634-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James Samuel Baum**
  jim@schragbaum.com

- **Brian Paul Brosnahan**
  brian.brosnahan@hellerehrman.com

- **Christopher M. Burke**
  cburke@scott-scott.com,tturner@scott-sott.com

- **Roderick P. Bushnell**
  bcfm@bcfmlaw.com

- **Mary Lynne Calkins**
  mcalkins@csgrr.com

- **Kelly Thompson Cochran**
  Kelly.Cochran@wilmerhale.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Michael D. Donovan**
  mdonovan@donovansearles.com

- **Andrew J. Ewalt**
  andrew.ewalt@wilmerhale.com

- **Geoffrey M. Ezgar**
  gezgar@sidley.com,sflitscan@sidley.com,ldonohue@sidley.com

- **David J. Fioccola**
  dfioccola@mofo.com

- **David F. Graham**
  dgraham@sidley.com,efilingnotice@sidley.com

- **Eric Henry Grush**
  egrush@sidley.com,efilingnotice@sidley.com

- **Jonathan P. Hayden**
  jonathan.hayden@hellerehrman.com

- **Kirk B. Hulett**
  kbh@hulettharper.com,office@hulettharper.com

- **Noel C. Johnson**
  noel.johnson@wamu.net

- **David M. Jolley**
  djolley@cov.com,dgeneral@cov.com

- **William J. Kolasky**
  william.kolasky@wilmerhale.com,catherine.goodman@wilmerhale.com

- **Mark P. Ladner**
  mladner@mofo.com

- **Anna Tin-Yee Lee**
  anna.lee@wilmerhale.com,dina.summers@wilmerhale.com

- **Noah Adam Levine**
  noah.levine@wilmerhale.com

- **Christopher Robin Lipsett**
  Christopher.Lipsett@wilmerhale.com,Stella.Siebert@wilmerhale.com

- **James Francis McCabe**
  JMcCabe@mofo.com,marcim@mofo.com

- **Tyler Roberts Meade**
  tyler@meadeschrag.com,raquel@meadeschrag.com

- **Stephen Julian Newman**
  SNEWMAN@STROOCK.COM,snewman8@yahoo.com,rharcourt@stroock.com,lacalendar@stroock.co1

- **Stuart Christopher Plunkett**
  splunkett@mofo.com,ggerrish@mofo.com

- **Theodore Robert Scarborough , Jr**
  tscarborough@sidley.com,efilingnotice@sidley.com

- **Michael Lawrence Schrag**
  michael@meadeschrag.com,raquel@meadeschrag.com

- **Thomas Frank Schrag**
  tom@schragbaum.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Cathleen Ellis Stadecker**
  cstadecker@mofo.com

- **Dennis Stewart**
  dstewart@hulettharper.com,office@hulettharper.com

- **Anita Fern Stork , Esq**
  astork@cov.com,malcantara@cov.com

- **Michael Frederick Tubach**
  mtubach@omm.com,kquintanilla@omm.com

- **Jennifer S Wang**
  jennifer.s.wang@usdoj.gov,bonny.wong@usdoj.gov

- **Sarah Pickeral Weber**
  sweber@hulettharper.com,office@hulettharper.com

- **Sonya Diane Winner**
  winnersd@cov.com,hsalazar@cov.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Andrew J. Frackman
O'Melveny & Myers LLP
Times Square Tower
Seven Times Square
New York, NY 10036

Gilad Yitzchak Ohana
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304
```