FILED

UNITED STATES COURT OF APPEALS

JUN 04 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LATE FEE AND OVER-LIMIT FEE LITIGATION.<br><br>-----------------------------------------------<br><br>ANDREW T. PINON; et al.,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>BANK OF AMERICA, N.A.; et al.,<br><br>   Defendants - Appellees. | No. 08-15218<br><br>D.C. No. CV-07-00634-SBA<br>Northern District of California, Oakland<br><br>ORDER |

The court has received a Notice of Bankruptcy of Washington Mutual, Inc. Appellate proceedings are stayed as to all parties for 120 days after the date of this order, or until further order of the court, pursuant to 11 U.S.C. section 362(a). At or prior to the conclusion of the stay, defendant-appellee Washington Mutual, Inc. shall file a status report concerning the bankruptcy proceedings.

AW/MOATT

All pending motions are held in abeyance.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Amber West
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A